## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. Cr. 11-657 (WHW) |
| HOWARD ROBINSON | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant U.S. Attorney, appearing), and the Defendant Howard Robinson (Olubukola Olarogba Adetula, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the Defendant, through his attorney, having consented to the continuance; and three prior continuances having been granted by the Court; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. On May 17, 2012, the Defendant made a motion for new counsel. On August 7, 2012, the motion was granted and Mr. Adetula was appointed as defense counsel.

2. To date, attempts by the United States and the Defendant to achieve a plea in this matter have been unsuccessful, but are ongoing. Originally, a trial date of December 4, 2012 was set.

3. Due to scheduling conflicts among the Court and counsel, alternative trial dates are being explored.

4. Defendant has consented to the aforementioned continuance.

5. The grant of a continuance will likely conserve judicial resources.

6. Pursuant to Tile 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this ___11___ day of December 2012,

ORDERED that this action be, and it hereby is, continued from December 4, 2012 through January 31, 2013; and it is further

ORDERED that the period from December 4, 2012 through January 31, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

Danielle Alfonzo Waldman
Assistant United States Attorney

Olubukola Olarogba Adetula
Attorney for Howard Robinson