UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>HOWARD ROBINSON<br><br><br>*Defendant.* | Honorable William H. Walls<br><br>Criminal No. 11-657<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS** on September 28, 2011, the United States filed an Indictment, Criminal No 11-657, against Howard Robinson, charging him with among other things a violation of Title 18, United States Code, Section 922(g)(1); and

**WHEREAS** on March 12, 2013, the defendant, Howard Robinson pled guilty to the Indictment; and

**WHEREAS** pursuant to Title 18 United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), defendant Howard Robinson agreed to the forfeiture of a .45 Llama Max1, bearing serial number 71-04-12519-03 (the "Firearm"); and

**WHEREAS** defendant Howard Robinson specifically acknowledges notice of the criminal forfeiture, consents to the entry of a Final Order of Forfeiture, and waives his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

**WHEREAS** defendant Howard Robinson agrees not to contest the forfeiture of the Firearm; and

**WHEREAS** by virtue of the above, the United States is now entitled to possession of the Firearm pursuant to Title 18 United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS** defendant Howard Robinson waives and abandons all right, title, and interest in the Firearm listed above and further waives, releases, and withdraws any claim that defendant may have made with respect to the Firearm and waives and releases any claim that defendant might otherwise have made to the Firearm in the future; and

**WHEREAS** Rule G(4)(a)(i)(A) provides that notice need not be published if the forfeited property is worth less than $1,000; and

**WHEREAS** the Firearm is believed to have a value of less than $1,000; and

**WHEREAS** defendant Howard Robinson consents to the destruction of the Firearm; and

**WHEREAS** no other person, other than the defendant, has any right, title or interest in the Firearm.

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

2461(c) and the property, specifically a .45 Llama Max1, bearing serial number 71-04-12519-03 is hereby forfeited to the United States of America, and no right, title or interest in the asset shall exist in any other party.

**ORDERED** this _12_ day of March 2013

Honorable William H. Walls
United States District Judge